1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 83013)
2  ARJUN P. RAO (State Bar No. 265347)
   DAVID W. MOON (State Bar No. 197711)
3  2029 Century Park East, 18th Floor
   Los Angeles, CA 90067-3086
4  Telephone:  310-556-5822
   Facsimile:  310-556-5959
5  Email:      *lacalendar@stroock.com*

6
7  Attorneys for Defendant
     MERCEDES-BENZ USA, LLC
8

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALABASAS LUXURY MOTORCARS, INC.,<br><br>      Plaintiff,<br><br>   v.<br><br>MERCEDES-BENZ USA, LLC; MERCEDES-BENZ FINANCIAL SERVICES USA, LLC and DOES 1 through 10,<br><br>      Defendants. | Case No. 2:21-cv-08805-FMO-AS<br><br>[Assigned to the Hon. Fernando M. Olguin]<br><br>**ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE ITS FIRST AMENDED COMPLAINT** |

**ORDER**

Having reviewed the Stipulation for Leave for Plaintiff to File Its First Amended Complaint (the "Motion"), the Court hereby **GRANTS** the Stipulation. Plaintiff shall its First Amended Complaint no later than December 31, 2021 and defendants shall respond to the First Amended Complaint, by answer, motion or otherwise, no later than January 28, 2022.

**IT IS SO ORDERED.**

Dated: December 27, 2021

/s/
Hon. Fernando M. Olguin
United States District Court Judge

- 1 -
ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE ITS FIRST AMENDED COMPLAINT Case No. 2:21-cv-08805-FMO-AS

LA 52629863