ERIK KEMP (State Bar No. 246196)
ek@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
MERCEDES-BENZ FINANCIAL
SERVICES USA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALABASAS LUXURY MOTORCARS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC; MERCEDES-BENZ FINANCIAL SERVICES USA, LLC; and DOES 1 through 10,<br><br>    Defendants. | Case No. 2:21-cv-08805<br><br>**DEFENDANT MERCEDES-BENZ FINANCIAL SERVICES USA LLC'S NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STRIKE THE CLASS ALLEGATIONS**<br><br>Date:    March 10, 2022<br>Time:   10:00 a.m.<br>Ctrm.:  6D<br>Judge:  Hon. Fernando M. Olguin |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 10, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 6D of the above-entitled Court, located at 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012, defendant Mercedes-Benz Financial Services USA LLC ("MBFS") will and hereby does move for an order dismissing plaintiff's first amended complaint and each of its claims for relief with prejudice. MBFS further moves, in the alternative, for an order striking the class allegations in paragraphs 62-66 of the complaint.

This motion to dismiss is made pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure and is based on the ground that the first amended

complaint and each of its claims fail to state a claim upon which relief can be granted.

The motion to strike is made pursuant to Rule 12(f) of the Federal Rules of Civil Procedure and is based on the ground that the first amended complaint's proposed class definition is an impermissible fail-safe class.

These motions are based on this notice of motion and motion, the accompanying memorandum of points and authorities and the exhibit thereto, the accompanying request for judicial notice, the first amended complaint and all other pleadings and records on file in this action, and upon such other argument as the Court may consider at the hearing on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on January 21, 2022.

DATED:  January 28, 2022

SEVERSON & WERSON
A Professional Corporation

By:  */s/ Erik Kemp*
Erik Kemp

Attorneys for Defendant
MERCEDES-BENZ FINANCIAL SERVICES USA LLC