Robert L. Starr (183052)
robert@starrlaw.com
Adam M. Rose (210880)
adam@starrlaw.com
LAW OFFICE OF ROBERT L. STARR
23901 Calabasas Road, #2072
Calabasas, CA 91302
Telephone: (818) 225-9040
Facsimile: (818) 225-9042

Attorneys for Plaintiff
Calabasas Luxury Motorcars, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALABASAS LUXURY MOTORCARS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC; MERCEDES-BENZ FINANCIAL SERVICES USA, LLC; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:21-cv-08805-FMO-AS<br><br>**PLAINTIFF'S NOTICE OF INTENT TO STAND ON THE FIRST AMENDED COMPLAINT** |

Based on the court's ruling on the motion to dismiss the first amended complaint [Dkt. No. 42], Plaintiff intends to stand on the first amended complaint, subject to the portions of the first amended complaint that were dismissed.

Date: October 10, 2022                    LAW OFFICE OF ROBERT STARR

/s/ Adam Rose
Attorney for Plaintiff
Calabasas Luxury Motorcars, Inc.