UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 21-08805-FMO (ASx) | Date | December 7, 2022 |
|---|---|---|---|
| Title | *Calabasas Luxury Motorcars, Inc., v. Mercedes-Baenz USA, LLC, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | CS 12/07/22 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant Mercedes-Benz USA, LLC: |
| Robert L. Starr | Arjun P. Rao |
| Ari Basser | Attorneys Present for Defendant Mercedes-Benz Financial Services USA LLC: |
| | Erik W. Kemp |

**Proceedings (In Chambers):**      **Settlement Conference**


        A settlement conference was held on December 7, 2022 by video teleconference. The following parties and party representatives participated: Plaintiff was represented by its owner, Silviano Luciano, and counsel, Robert Starr and Ari Basser.[1]  Defendant Mercedes-Benz USA, LLC was represented by its corporate counsel, Chad Peterson, and counsel of record, Arjun Rao.  Defendant Mercedes-Benz Financial Services USA LLC was represented by in house counsel, Inga Hofer, and counsel of record, Erik Kemp.

         The settlement conference was conducted off the record.

        A settlement has been reached, and the essential terms of the settlement – agreed to by the parties and counsel - were recited on the record and agreed to by all parties and counsel.  This portion of the proceeding will be under seal pursuant to the parties' request that the settlement terms remain confidential.

---

        [1] Mr. Luciano appeared by telephone during the hearing to consent to the terms and conditions of settlement

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 21-08805-FMO (ASx) | Date | December 7, 2022 |
|---|---|---|---|
| Title | *Calabasas Luxury Motorcars, Inc., v. Mercedes-Baenz USA, LLC, et. al.,* | | |

The parties will be filing a stipulation for dismissal no later than 30 days from the date of this Order.

The Court will make itself available to resolve any issues relating to the finalization of the settlement agreement. The parties shall notify the Court by contacting Judge Sagar's Courtroom Deputy to schedule a telephonic conference if necessary.

The parties are reminded that all discussions were, and are, deemed to be confidential settlement discussions.

**IT IS SO ORDERED**.

cc:    Fernando Olguin
       United States District Judge

                                                    5       :   50
                                Initials of Preparer   AF