ERIK KEMP (State Bar No. 246196)
ek@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
MERCEDES-BENZ FINANCIAL
SERVICES USA LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALABASAS LUXURY MOTORCARS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MERCEDES-BENZ USA, LLC; MERCEDES-BENZ FINANCIAL SERVICES USA, LLC; and DOES 1 through 10, <br><br> Defendants. | Case No. 2:21-cv-08805-FMO-AS <br><br> **STIPULATION TO DISMISS ACTION** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Calabasas Luxury Motorcars, Inc. and defendants Mercedes-Benz USA LLC and Mercedes-Benz Financial Services USA LLC stipulate that the action shall be dismissed in its entirety and with prejudice with respect to the claims by plaintiff individually against defendants, and without prejudice as to any claims by the putative, uncertified class against defendants.

Plaintiff and defendants further agree that each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

1  DATED:  January 25, 2023        LAW OFFICE OF ROBERT L. STARR

2

3                                  By: _____
                                           */s/ Adam Rose*
4                                              ADAM ROSE

5                                  Attorneys for Plaintiff CALABASAS
                                   LUXURY MOTORCARS, INC.
6

7

8  DATED:  January 25, 2023        SEVERSON & WERSON
                                   A Professional Corporation
9

10                                 By: _____
                                           */s/ Erik Kemp*
11                                             ERIK KEMP

12                                 Attorneys for Defendant MERCEDES-BENZ
                                   FINANCIAL SERVICES USA LLC
13

14

15 DATED:  January 25, 2023        STROOCK & STROOCK & LAVAN LLP

16

17                                 By: _____
                                           */s/ Arjun P. Rao*
                                              ARJUN P. RAO
18                                            ALI FESHARAKI

19                                 Attorneys for Defendant MERCEDES-BENZ
                                   USA LLC
20

21

22

23

24

25

26

27

28